## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

James Wood,

        Plaintiff

v.                                  Case No. _____

Walgreens Co.,

        Defendant

_____/

### COMPLAINT AND JURY DEMAND

**COMES NOW** Plaintiff James Wood, by and through the undersigned counsel, and as the Complainant against the Walgreens Co. ("Walgreens") and states as follows:

### INTRODUCTION

This action arises out of the facts and circumstances surrounding the Defendant making one hundred five (105) harassing and unlawful telephone calls to Plaintiff's cellular telephone. Plaintiff, an individual, brings this action for statutory damages, actual damages and declaratory relief against the Defendant, as well as attorney's fees and the costs of litigation for Defendant's violations of the Telephone Consumer Practices Act, 47 U.S.C. § 227 ("TCPA"). These laws regulate the type of telephone equipment organizations use to contact consumers.

### JURISDICTION AND VENUE

1.      Jurisdiction of this Court arises under 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331. See Mims v. Arrow Financial Services, LLC, 132 S.Ct. 740, 753 (2012).

2.      Venue lies in this circuit pursuant to 47 U.S.C. § 227(b)(3).

3.      This Court has jurisdiction.

## PARTIES

4.      Plaintiff is an individual, a natural person and a "consumer" residing in Pasco County, Florida.

5.      Defendant Walgreens is an Illinois corporation with its principal place of business located at 200 Wilmot Road, Deerfield, IL 60015.

6.      At all times herein, Walgreens either acted on its own accord, or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## FACTS

7.      At all times herein, the Plaintiff used the services of the Defendant to have his medical prescriptions filled.

8.   ·    At some point in time, the Defendant began using an automated telephone dialing system and/or a predictive dialer ("auto-dialer") to telephone the telephone number 727-236-1345.

9.      At all times herein, the telephone number 727-236-1345 has been assigned to the Plaintiff's cellular telephone.

10.      Each time the Defendant would call Plaintiff's cellular telephone, it would leave a pre-recorded voice message on the Plaintiff's voice mail.

11.      The Plaintiff did not provide express consent for Defendant to use such telephone equipment to call his cellular telephone.

12.      On or about December 15, 2011, the Plaintiff sent the Defendant a letter, in which he advised the Defendant that it did not have his consent to call him on his cellular telephone.  A copy of said letter is attached hereto as Exhibit "A."

2

13.   After receiving the immediately aforementioned letter, the Defendant continued to use an auto-dialer and prerecorded voice messages to call the Plaintiff's cellular telephone one hundred five (105) times on the following occasions.

## THE CALLS

14.   On or about December 21, 2011 at approximately 11:20 A.M Eastern Time ("E.T.") the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 1).

15.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

16.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

17.   On or about December 22, 2011 at approximately 11:12 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 2).

18.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

19.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

20.   On or about December 22, 2011 at approximately 11:52 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 3).

21.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

22.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

23. On or about December 24, 2011 at approximately 10:47 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 4).

24. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

25. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

26. On or about December 27, 2011 at approximately 12:33 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 5).

27. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

28. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

29. On or about January 4, 2012 at approximately 11:18 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 6).

30. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

31. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

32. On or about January 6, 2012 at approximately 11:06 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 7).

33. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

34.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

35.    On or about January 18, 2012 at approximately 1:00 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 8).

36.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

37.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

38.    On or about January 20, 2012 at approximately 11:13 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 9).

39.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

40.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

41.    On or about January 24, 2012 at approximately 1:03 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 10).

42.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

43.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

44.    On or about January 25, 2012 at approximately 11:35 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 11).

45.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

46.     During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

47.     On or about January 27, 2012 at approximately 10:21 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 12).

48.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

49.     During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

50.     On or about February 13, 2012 at approximately 11:36 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 13).

51.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

52.     During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

53.     On or about February 17, 2012 at approximately 12:30 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 14).

54.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

55.     During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

56.     On or about February 19, 2012 at approximately 10:54 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 15).

57.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

58.     During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

59.     On or about February 25, 2012 at approximately 5:32 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 16).

60.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

61.     During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

62.     On or about February 28, 2012 at approximately 6:47 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 17).

63.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

64.     During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

65.     On or about February 29, 2012 at approximately 4:18 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 18).

66.     The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

67.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

68.   On or about March 1, 2012 at approximately 1:48 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 19).

69.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

70.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

71.   On or about March 9, 2012 at approximately 6:37 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 20).

72.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

73.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

74.   On or about March 22, 2012 at approximately 4:35 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 21).

75.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

76.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

77.   On or about March 22, 2012 at approximately 5:36 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 22).

78.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

79.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

80.    On or about March 22, 2012 at approximately 6:20 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 23).

81.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

82.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

83.    On or about March 23, 2012 at approximately 10:44 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 24).

84.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

85.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

86.    On or about March 23, 2012 at approximately 1:14 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 25).

87.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

88.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

89.   On or about March 24, 2012 at approximately 6:09 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 26).

90.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

91.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

92.   On or about March 25, 2012 at approximately 9:58 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 27).

93.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

94.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

95.   On or about March 30, 2012 at approximately 3:20 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 28).

96.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

97.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

98.   On or about March 31, 2012 at approximately 10:53 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 29).

99.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

100.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

101.   On or about April 2, 2012 at approximately 10:06 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 30).

102.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

103.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

104.   On or about April 2, 2012 at approximately 12:47 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 31).

105.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

106.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

107.   On or about April 5, 2012 at approximately 12:15 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 32).

108.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

109.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

120.   On or about April 5, 2012 at approximately 6:26 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 33).

121. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

122. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

123. On or about April 13, 2012 at approximately 4:40 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 34).

124. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

125. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

126. On or about April 16, 2012 at approximately 10:11 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 35).

127. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

128. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

129. On or about April 20, 2012 at approximately 10:23 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 36).

130. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

131. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

122.    On or about April 23, 2012 at approximately 10:39 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 37).

123.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

124.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

125.    On or about April 23, 2012 at approximately 6:35 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 38).

126.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

127.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

128.    On or about April 23, 2012 at approximately 6:55 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 39).

129.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

130.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

131.    On or about April 30, 2012 at approximately 10:28 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 40).

132.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

133.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

134.   On or about May 9, 2012 at approximately 4:50 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 41).

135.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

136.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

137.   On or about May 17, 2012 at approximately 12:43 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 42).

138.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

139.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

140.   On or about May 20, 2012 at approximately 10:34 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 43).

141.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

142.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

143.   On or about June 2, 2012 at approximately 11:38 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 44).

144.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

145.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

146.   On or about June 6, 2012 at approximately 12:39 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 45).

147.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

148.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

149.   On or about June 8, 2012 at approximately 12:42 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 46).

150.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

151.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

152.   On or about June 10, 2012 at approximately 10:13 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 47).

153.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

154.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

155.   On or about June 16, 2012 at approximately 12:52 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 48).

156.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

157.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

158.   On or about June 18, 2012 at approximately 10:11 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 49).

159.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

160.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

161.   On or about June 18, 2012 at approximately 11:12 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 50).

162.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

163.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

164.   On or about June 22, 2012 at approximately 5:16 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 51).

165.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

166.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

167.   On or about June 23, 2012 at approximately 10:47 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 52).

168.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

169.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

170.   On or about June 26, 2012 at approximately 10:54 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 53).

171.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

172.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

173.   On or about June 27, 2012 at approximately 12:45 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 54).

174.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

175.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

176.   On or about June 29, 2012 at approximately 11:37 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 55).

177.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

178.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

179.    On or about July 3, 2012 at approximately 11:46 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 56).

180.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

181.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

182.    On or about July 8, 2012 at approximately 10:24 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 57).

183.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

184.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

185.    On or about July 11, 2012 at approximately 6:53 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 58).

186.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

187.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

188. On or about July 13, 2012 at approximately 11:14 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 59).

189. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

190. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

191. On or about July 14, 2012 at approximately 4:06 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 60).

192. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

193. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

194. On or about July 20, 2012 at approximately 4:08 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 61).

195. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

196. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

197. On or about July 23, 2012 at approximately 10:20 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 62).

198. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

199. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

200. On or about July 26, 2012 at approximately 5:51 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 63).

201. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

202. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

203. On or about July 28, 2012 at approximately 11:32 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 64).

204. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

205. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

206. On or about July 30, 2012 at approximately 10:44 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 65).

207. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

208. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

209. On or about August 1, 2012 at approximately 10:00 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 66).

210.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

211.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

212.   On or about August 3, 2012 at approximately 10:03 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 67).

213.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

214.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

215.   On or about August 4, 2012 at approximately 11:09 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 68).

216.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

217.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

218.   On or about August 6, 2012 at approximately 10:10 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 69).

219.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

220.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

221.   On or about August 10, 2012 at approximately 10:06 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 70).

212.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

213.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

214.   On or about August 10, 2012 at approximately 11:36 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 71).

215.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

216.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

217.   On or about August 13, 2012 at approximately 10:06 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 72).

218.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

219.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

220.   On or about August 13, 2012 at approximately 10:19 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 73).

221.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

222.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

223.   On or about August 14, 2012 at approximately 2:07 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 74).

224.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

225.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

226.   On or about August 16, 2012 at approximately 2:10 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 75).

227.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

228.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

229.   On or about August 18, 2012 at approximately 10:38 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 76).

230.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

231.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

232.   On or about August 19, 2012 at approximately 10:06 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 77).

233. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

234. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

235. On or about August 20, 2012 at approximately 5:02 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 78).

236. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

237. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

238. On or about August 21, 2012 at approximately 11:50 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 79).

239. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

240. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

241. On or about August 23, 2012 at approximately 10:14 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 80).

242. The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

243. During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

244.   On or about August 27, 2012 at approximately 12:24 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 81).

245.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

246.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

247.   On or about August 29, 2012 at approximately 10:06 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 82).

248.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

249.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

250.   On or about August 31, 2012 at approximately 10:26 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 83).

251.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

252.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

253.   On or about September 3, 2012 at approximately 10:09 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 84).

254.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

255.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

256.    On or about September 9, 2012 at approximately 12:32 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 85).

257.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

258.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

259.    On or about September 12, 2012 at approximately 11:22 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 86).

260.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

261.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

262.    On or about September 16, 2012 at approximately 1:41 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 87).

263.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

264.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

265.    On or about September 18, 2012 at approximately 10:51 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 88).

266.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

267.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

268.    On or about September 20, 2012 at approximately 10:14 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 89).

269.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

270.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

271.    On or about September 23, 2012 at approximately 10:16 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 90).

272.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

273.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

274.    On or about September 25, 2012 at approximately 7:02 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 91).

275.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

276.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

277.   On or about September 26, 2012 at approximately 11:06 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 92).

278.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

279.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

280.   On or about October 2, 2012 at approximately 10:50 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 93).

281.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

282.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

283.   On or about October 4, 2012 at approximately 4:10 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 94).

284.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

285.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

286.   On or about October 12, 2012 at approximately 10:35 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 95).

287.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

288.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

289.   On or about October 13, 2012 at approximately 10:12 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 96).

290.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

291.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

292.   On or about October 15, 2012 at approximately 10:15 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 97).

293.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

294.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

295.   On or about October 17, 2012 at approximately 11:08 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 98).

296.   The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

297.   During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

298.   On or about October 17, 2012 at approximately 12:20 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 99).

299.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

300.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

301.    On or about October 20, 2012 at approximately 11:17 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 100).

302.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

303.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

304.    On or about October 23, 2012 at approximately 6:03 P.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 101).

305.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

306.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

307.    On or about October 30, 2012 at approximately 10:46 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 102).

308.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

309.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

310.    On or about November 1, 2012 at approximately 10:14 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 103).

311.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

312.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

313.    On or about November 3, 2012 at approximately 10:14 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 104).

314.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

315.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

316.    On or about November 5, 2012 at approximately 10:19 A.M E.T., the Defendant called the Plaintiff at telephone number 727-236-1345. (Call 105).

317.    The immediately aforementioned telephone call from Defendant to Plaintiff was made using an auto-dialer.

318.    During the immediately aforementioned telephone call, Defendant left a prerecorded message on Plaintiff's voice mail.

319.    None of the aforementioned one hundred five telephone calls were made for an emergency purpose.

## COUNT I – VIOLATIONS OF THE
## TELEPHONE CONSUMER PROTECTION ACT

320.    Plaintiff repeats, re-alleges and incorporates paragraphs 1-319 as though fully restated herein.

31

321.    Walgreens used an auto-dialer to place one hundred five (105) telephone calls to Plaintiff's cellular telephone without Plaintiff's consent to do so, and after having received written notice from Plaintiff revoking any consent to call his cellular telephone, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

322.    Walgreens used an artificial and/or prerecorded voice to make one hundred five (105) telephone calls to Plaintiff's cellular telephone without Plaintiff's consent to do so, and after having received written notice from Plaintiff revoking any consent to call his cellular telephone, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

323.    Walgreens is liable to Plaintiff for statutory damages of five-hundred dollars ($500.00) for each and every telephone call it used an auto-dialer to place to Plaintiff's cellular telephone, pursuant to 47 U.S.C. § 227 (b)(3)(B).

324.    Walgreens is liable to Plaintiff for statutory damages of five-hundred dollars ($500.00) for each and every telephone call it used a prerecorded voice to place to Plaintiff's cellular telephone, pursuant to 47 U.S.C. § 227 (b)(3)(B).

325.    In addition, if the Court finds the Defendant willfully and knowingly violated the forgoing section, the court may award treble damages to the Plaintiff for such violations pursuant to 47 U.S.C. § 227 (b)(3).

WHEREFORE, Plaintiff respectfully demands that the Court enter judgment in Plaintiff's favor and against Walgreens for:

a.      Treble statutory damages of $1,500 for each auto-dialed telephone call Walgreens placed to Plaintiff's cellular telephone in violation of the TCPA; and

b.  Treble statutory damages of $1,500 for each telephone call Walgreens used a prerecorded voice to place to Plaintiff's cellular telephone in violation of the TCPA; and

c.  Such other or further relief as the Court deems just and proper.

## COUNT II – INVASION OF PRIVACY

326.  Plaintiff repeats, re-alleges and incorporates paragraphs 1-319 as though fully restated herein.

327.  Walgreens intentionally interfered, physically or otherwise, with Plaintiff's solitude, seclusion and private concerns or affairs.

328.  Specifically, Walgreens repeatedly and unlawfully called Plaintiff's cellular telephone using an automatic telephone dialing system one hundred five (105) times.

329.  Walgreen's behavior constitutes an invasion of Plaintiff's privacy as an intrusion upon his seclusion. Moreover, the Plaintiff possessed a heightened expectation of privacy with respect to communications from Walgreens, as the Defendant could not lawfully call the Plaintiff's cellular telephone after the consent to do so was revoked by the Plaintiff.

330.  Such invasions were unlawful, intentional, systematic, continuous, willful, and harassing, and were made with complete disregard of the Plaintiff's right to privacy.

WHEREFORE, the Plaintiff respectfully requests this Court enter a judgment against Walgreens for damages, costs of litigation, attorney's fees, and such further equitable relief as the Court deems just under the circumstances.

## JURY DEMAND

Plaintiff respectfully demands trial by jury on all issues so triable.

Dated this ___18th___ day of December, 2012.


Respectfully Submitted:


Eugene P. Castagliuolo
Florida Bar No. 104360
CASTAGLIUOLO LAW, P.A.
801 West Bay Drive
Suite 301
Largo, Florida 33770
(727) 712-3333
Eugene@TampaConsumerLawyer.com
*Attorney for Plaintiff*