**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES WOOD,

    Plaintiff,

vs.                                      Case No.  8:12-cv-2849-T-26TBM

WALGREENS CO.,

    Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

    Defendant, Walgreens Co., by and through undersigned counsel, hereby moves this Court for a brief extension of time to and including February 22, 2013, for Defendant to serve its response to Plaintiff's Complaint.  In support of its motion, the Defendant states:

    1.    The Defendant was served with the Complaint on December 31, 2012.  This would have made the response due on or before January 21, 2013.

    2.    Counsel for Defendant has scheduling commitments with respect to other litigation and needs additional time in order to adequately prepare and serve a response to the Complaint.  Counsel also needs additional time to confer with his client with respect to an appropriate response.

    3.    Plaintiff has agreed to an extension until February 22, 2013, in which to serve its responses to Plaintiff's Complaint.

    4.    Plaintiff has no objection to this request.

    WHEREFORE, the Defendant requests that the Court issue an order enlarging the time for Defendant to serve its response to Plaintiff's Complaint to and including February 22, 2013.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the parties have conferred concerning an extension and Plaintiff has no objection and agrees to the relief sought herein.

Respectfully submitted this 31st day of January, 2013.

 s/Charles Wachter
Charles Wachter
Florida Bar No. 509418
charles.wachter@hklaw.com
HOLLAND & KNIGHT, LLP
100 N. Tampa St., Suite 4100
Tampa, Florida  33602-3644
Telephone: (813) 227-8500
Facsimile: (813) 229-0134

*Attorneys for Defendant*

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2013, this document was electronically filed with the Clerk of this Court by using the CM/ECF system, which will serve a copy on Eugene P. Castagliuolo, Esquire, Castagliuolo Law, P.A., 801 West Bay Drive, Suite 301, Largo, Florida 33770.

 s/Charles Wachter
Attorney

#12110364_v1