IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WOOD,

    Plaintiff,

vs.                                         Case No.  8:12-cv-2849-T-26TBM

WALGREENS CO.,

    Defendant.

_____/

**UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

    Defendant, Walgreens Co., by and through undersigned counsel, hereby moves this Court for an additional extension of time to and including March 15, 2013, for Defendant to serve its response to Plaintiff's Complaint.  In support of its motion, the Defendant states:

    1.    The Defendant was served with the Complaint on December 31, 2012.  This would have made the response due on or before January 21, 2013.

    2.    The Court previously approved of an extension until February 22, 2013, for Defendant to respond to the Complaint by Order dated February 1, 2013 (Docket #5).

    3.    Scheduling conflicts have arisen that require additional time for counsel to confer with their client and to adequately prepare and serve a response to the Complaint.  Accordingly, the Defendant respectfully requests an additional extension of time up through and including March 15, 2013, to respond to the Complaint.

    5.    Plaintiff has agreed to grant Defendant an extension until March 15, 2013, in which to serve its response to Plaintiff's Complaint.

    WHEREFORE, the Defendant requests that the Court issue an order enlarging the time for Defendant to serve its responses to Plaintiff's Complaint to and including March 15, 2013.

**CERTIFICATE OF GOOD-FAITH CONFERENCE**

Pursuant to Local Rule 3.01(g), the parties have conferred concerning an extension and Plaintiff has no objection and agrees to the relief sought herein.

Respectfully submitted this 21st day of February, 2013.

 s/Charles Wachter
Charles Wachter
Florida Bar No. 509418
charles.wachter@hklaw.com
HOLLAND & KNIGHT, LLP
100 N. Tampa St., Suite 4100
Tampa, Florida  33602-3644
Telephone: (813) 227-8500
Facsimile: (813) 229-0134

*Attorneys for Defendant*

**CERTIFICATE OF FILING AND SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2013, this document was electronically filed with the Clerk of this Court by using the CM/ECF system, which will serve a copy on Eugene P. Castagliuolo, Esquire, Castagliuolo Law, P.A., 801 West Bay Drive, Suite 301, Largo, Florida 33770.

 s/Charles Wachter
Attorney

#12461644_v1