# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES WOOD, )
        Plaintiff. )
  v. )
                         ) Case No.   8:12-cv-2849-RAL-TBM
WALGREENS CO. )
        Defendant. )
_____)

### PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

  ✔   IS    **NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                                      Respectfully submitted,

                                          s/ Eugene P. Castagliuolo
                                      Eugene P. Castagliuolo, Esquire
                                      *Attorney for Plaintiff James Wood*

### CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2013, this *PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS* was filed with this Court using the CM/ECF system, which will serve a copy of same on all counsel of record.

    s/ Eugene P. Castagliuolo
Eugene P. Castagliuolo, Esquire
Florida Bar Number: 104360
**CASTAGLIUOLO LAW, P. A.**
801 West Bay Drive Suite 301
Largo, FL   33770
(727) 712-3333
Eugene@TampaConsumerLawyer.com
*Attorney for Plaintiff James Wood*