**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES WOOD,

Plaintiff,

v.                                                            Case No: 8:12-cv-2849-T-26TBM

WALGREENS CO.,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

    The Plaintiff is directed to **show cause** by a written response filed within **fourteen days** why this case should not be **dismissed** pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B).

                                                 *s/Richard A. Lazzara*
                                                 RICHARD A. LAZZARA
                                      UNITED STATES DISTRICT JUDGE

Dated April 24, 2013

Copies to:

Counsel of Record
Unrepresented Parties