**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES WOOD, )
          Plaintiff. )
v. )
           ) Case No.   8:12-cv-2849-RAL-TBM
WALGREENS CO. )
          Defendant. )
_____)

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, by and through undersigned counsel, in response to this Honorable Court's Order To Show Cause, would state as follows:

1. Undersigned counsel meant no disrespect to this Court by failing to file a Case Management Report.

2. This matter has been amicably resolved by and between the parties.

3. The Plaintiff has affixed his notarized signature to the mutually agreed upon settlement agreement.

4. That signed settlement agreement was presented to Defendant's counsel via e-mail on April 22, 2013.

5. Undersigned counsel fully expects all aspects of the settlement agreement to be fulfilled by the parties on or before May 17, 2013.

6. Upon fulfillment of the requirements of said settlement agreement by the Defendant, undersigned counsel shall promptly file a Stipulation Of Voluntary Dismissal With Prejudice.

7. It is respectfully requested that this Honorable Court grant an additional 30 days from today to enable counsel for the parties to bring this case to a final, amicable resolution.

Respectfully submitted,

  s/ Eugene P. Castagliuolo
Eugene P. Castagliuolo, Esquire
*Attorney for Plaintiff James Wood*

### CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this **24th** day of April, 2013, this *PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE* was filed with this Court using the CM/ECF system, which will serve a copy of same on all counsel of record.

  s/ Eugene P. Castagliuolo
Eugene P. Castagliuolo, Esquire
Florida Bar Number: 104360
***CASTAGLIUOLO LAW, P. A.***
801 West Bay Drive Suite 301
Largo, FL   33770
(727) 712-3333
Eugene@TampaConsumerLawyer.com
*Attorney for Plaintiff James Wood*

2